IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

TYRONE PRINGLE )
Petitioner, )
)
v. ) Civil Action No.: _____
)
Raphael Williams, Warden, MPCJF )
Respondent. )

DRAFT COPY

## Petition For A Writ of Habeas Corpus

Petitioner, TYRONE PRINGLE, herewith requests that this honorable Court issue a Writ of Habeas Corpus to Raphael Williams, Warden, MPCJF to test the validity of his continued incarceration. Herewith, Petitioner asserts the following as facts and grounds supporting his cause:

### I. Jurisdiction

1. The Superior Court has jurisdiction to issue a Writ of Habeas Corpus pursuant to 10 Del. C. SS. 6902.

### II. Parties

2. The Petitioner, TYRONE PRINGLE, is currently incarcerated at the Multi-Purpose Criminal Justice Facility, 1301 E. 12th Street, Wilmington, DE.

3. Respondent, Raphael Williams, is Warden IV of the Multi-Purpose Criminal Justice Facility, and is the custodian of the Petitioner's detention.

### III. Statement of Facts

4. (CASE #33-02-3049) I'M A FEDERAL INMATE HERE AT HOWARD R. YOUNG'S INSTITUTION ON A INNER STATE AGREEMENT. I FILED THE AGREEMENT APPROXIMATELY

5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ IN AUGUST OF 2004, I'VE BEEN HERE AT H.R.Y.I →

FOR 7 MONTHS NOW, AFTER FROM MY UNDERSTANDING

6. OF THE AGREEMENT, THE STATE OF DELAWARE HAD 180 dAys TO PROSECUTE ME.

### IV. Statement of Claim

6. A Writ of "Habeas Corpus" is extraordinary remedy issuable by trial court to inquire into legality of persons detained or under restraint of their liberty. In Interest of Stevens, 652 A2d 18, (1995). Purpose of writ of habeas corpus is to benefit prisoners, and writ is designed to accomplish speedy inquiry into allegedly unlawful detention through summary judicial proceeding  10 Del C. ss6901

7. Defendant asserts that his continued detention is illegal for the following reasons: I'VE BEEN dETAINED OVER THE REQUIRED PEIORED, AND IM SEEKING FOR A disposition of TRiAl, uNdER title 11 sECtioN 2542.

### V. Relief Sought

8. WHEREFORE, Defendant prays that a Writ of Habeas Corpus be issued forthwith directed to Warden Raphael Williams, MPCJF, requiring him to produce the body of the defendant-petitioner before a Judge of the Superior Court, in and for New Castle County, together with the alleged grounds and the cause of this detention, so that the constitutionality and legality of his confinement and detention may be inquired into with respect to the laws of the State of Delaware and such other rights as guaranteed by the Constitution of Delaware and the United States. Upon deficiency, defendant prays for his immediate release from custody.

Respectfully,

Dated: 05-15-05

Tyrone Pringle
Petitioner
MPCJF
Box 9561
2Wilmington, DE  19809

08-05-05

Ms. Ruth Ann Minner,

Dear Ms. Minner, my name is Tyrone Pringle... I'm a federal inmate currently housed at Howard R. Young Institution, I was brought here on an I.A.D. (Inner State Agreement). To face charges that have been held against me in this state.

I have been housed in this Institution, (H.R.Y.I.) for ten months now, and from my understanding of the I.A.D. form, the state of Delaware had 180 days, (under Title 11 Section 2542) to resolve the charges that are pending against me, and to send me back to the prison that I was brought from... which they have failed to do!

My federal sentence will be completed August 12th 2005... I have a trial date here in this state scheduled for the 23rd of August 2005, and to my knowledge, that's violating my rights... The state of Delaware has exceeded it's time period, (of the I.A.D.) to prosecute me.

I have also filed two motions, (HABEAS CORPUS) to the Superior Court of the state of Delaware... stating that I'm being illegally detained at H.R.Y.I., and I have not received an answer from the court granting or denying my motions as of yet.

My attorney Mr. Michael C. Heyden, who has been provided by the state to represent me in this matter... has proven himself to be ineffective, I wrote Mr. Heyden on numerous occasion concerning these issues at hand, and he hasn't contacted me as of yet... I truly believe Mr. Heyden doesn't have my best interest at heart...

That's why I'm asking you Ms. Minner, can you please look into this matter, and hopefully modify the issues at hand, please!

(Any help you can provide, I will very much appreciated)

Sincerely
Tyrone Pringle #483541
TYRONE PRINGLE
CASE # 33-02-3049

08-05-05

Ms. JANE BRADY,

    DEAR Ms. BRADY, MY NAME IS TYRONE PRINGLE... I'M A FEDERAL INMATE CURRENTLY HOUSED AT HOWARD R. YOUNG INSTITUTION, I WAS BROUGHT HERE ON AN I.A.D. (INNER STATE AGREEMENT) TO FACE CHARGES THAT HAVE BEEN HELD AGAINST ME IN THIS STATE.

    I HAVE BEEN HOUSED IN THIS INSTITUTION, (H.R.Y.I.) FOR TEN MONTH'S NOW, AND FROM MY UNDERSTANDING OF THE I.A.D. FORM, THE STATE OF DELAWARE HAD 180 DAYS, (UNDER TITLE 11 SECTION 2542) TO RESOLVE THE CHARGES THAT ARE PENDING AGAINST ME, AND TO SEND ME BACK TO THE PRISON THAT I WAS BROUGHT FROM... WHICH THEY HAVE FAILED TO DO!

    MY FEDERAL SENTENCE WILL BE COMPLETED AUGUST 12TH 2005... I HAVE A TRIAL DATE HERE IN THIS STATE SCHEDULED FOR THE 23Rd OF AUGUST 2005, AND TO MY KNOWLEDGE, THAT'S VIOLATING MY RIGHTS... THE STATE OF DELAWARE HAS EXCEEDED IT'S TIME PERIOD, (OF THE I.A.D.) TO PROSECUTE ME.

I have also filed Two motions, (Habeas Corpus) to the Superior Court of the state of Delaware... stating that I'm being illegally detained at H.R.Y.I., and I have not received an answer from the court granting or denying my motions as of yet.

My Attorney Mr. Michael C. Heyden, who has been provided by the state to represent me in this matter... has proven himself to be ineffective, I wrote Mr. Heyden on numerous occasion concerning these issues at hand, and he hasn't contacted me as of yet... I truly believe Mr. Heyden doesn't have my best interest at heart...

That's why I'm asking you Ms. Brady, can you please look into this matter, and hopefully modify the issues at hand, please!

(Any help you can provide, I will very much appreciated)

Sincerely
Tyrone Pringle #483541
Tyrone Pringle
Case # 33-02-3049