08-05-05

Ms. Jane Brady,

Dear Ms. Brady, My name is Tyrone Pringle... I'm a federal inmate currently housed at Howard R. Young Institution, I was brought here on an I.A.D. (Inner state Agreement) to face charges that have been held against me in this state.

I have been housed in this Institution, (H.R.Y.I.) for ten month's now, and from my understanding of the I.A.D. form, the state of Delaware had 180 days, (under Title 11 section 2542) to resolve the charges that are pending against me, and to send me back to the prison that I was brought from... which they have failed to do!

My federal sentence will be completed August 12TH 2005... I have a trial date here in this state scheduled for the 23Rd of August 2005, and to my knowledge, that's violating my right's... The state of Delaware has exceeded it's time period, (of the I.A.D.) to prosecute me.

I have also filed two motions, (Habeas Corpus) to the Superior Court of the State of Delaware... stating that I'm being illegally detained at H.R.Y.I., and I have not received an answer from the court granting or denying my motions as of yet.

My attorney Mr. Michael C. Heyden, who has been provided by the state to represent me in this matter... has proven himself to be ineffective, I wrote Mr. Heyden on numerous occasion concerning these issues at hand, and he hasn't contacted me as of yet... I truly believe Mr. Heyden doesn't have my best interest at heart...

That's why I'm asking you Ms. Brady, can you please look into this matter, and hopefully modify the issues at hand, please!

(Any help you can provide, I will very much appreciated)

Sincerely
Tyrone Pringle #483541
Tyrone Pringle
Case # 33-02-3049