ORIGINAL

To: The Supreme Court of Delaware
55 The Green
Dover, Delaware 19901

05-660

From: Tyrone Pringle, SBI # 483541
Multi-Purpose Criminal Justice Facility
Wilmington, Delaware 19809
Dated: July, 14, 2005
Re: Writ of Habeas Corpus

FILED
SEP -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To whom it may concern:
I am a federal inmate who was brought here to the state of Delaware on an I.A.D. (Inner State Agreement), due to an detainer that was lodged against me. I signed the I.A.D. form July 29, 2004, and agreed to return to the state of Delaware to face the charges that have been held against me in this state. The state of Delaware have exhausted the 180 days period of the agreement, and I have already filed (2) Habeas Corpus petitions (under 10 Del. C. Sec 6900) in the Superior Court N.C.C., to which I have not received no response. I have also been informed that I could have appealed to this court, (Supreme Court)...

but that the time limitation for an appeal has expired.

    In short: I would like to know, since the Superior Court did not respond to either Habeas Corpus petition, can I still appeal to this Court, (Supreme?) I am not familiar with Delaware law, and I am only going by what I have been told.

    A speedy reply would be very much appreciated.

                        Very truly yours
                        *Tyrone Pringle* #483541
                        Tyrone Pringle