10-23-05

Attention Clerk of the Court,

Please allow this letter to serve as a formal notice in reference to Civil Action No. 05-660-KAJ

I will very much appreciated if you could give me an update on the status of my Habeas Corpus Petition, which was submitted September 6, 2005

I thank you in return for your prompt response.

Respectfully yours
Tyrone Pringle #483541
Tyrone Pringle #483541


FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





I/M Tyrone Pringle
SBI# 463541   UNIT B-C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAil
U.S.M.S. X-RAY

The Clerk of The Court
United States District Court
844 N. King St. Lock Box 18
Wilmington, Delaware
19801-3570