OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 26, 2005

TO:  Tyrone Pringle
     SBI # 483541
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

     *RE:  Status Letter; 05-660(KAJ)*

Dear Mr. Pringle:

     This office received a letter from you requesting the status of your case.  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Kent A. Jordan
enc. Docket Sheet

10-23-05

Attention Clerk of the Court,

Please Allow this Letter to serve as a formal notice in reference to civil action no. 05-660-KAJ

I will very much appreciated if you could give me an update on the status of my habeas corpus petition, which was submitted September 6, 2005

I thank you in return for your prompt response.

Respectfully yours
Tyrone Pringle #483541
Tyrone Pringle #483541



BD scanned