ORIGINAL

November 1, 2005

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-
ATTN: Hon: Judge Kent A. Jordan

05-660 (KAJ)



Re: Amendment To Petition

Now Here Comes Petitioner Tyrone Pringle, having petitioned This Court Under 28 U.S.C. 2254 For Writ of Habeas Corpus, dated Sept. 6 2005.

Petitioner Moves This Hon: Court To Amend Petitioner's Writ on File, Civil Action No. 05-660-KAJ For The Following Reason Set Forth.

1. As Per Page 15, which Reads in Pertinent Part "There-Fore Petitioner Ask Court Grant Following Relief. Defendant Failed To Include The Relief Sought. Please Amend The Following;

Petitioner Seeks To Be Released From Said Custody or Incarceration on Grounds Adduced in Accordance To Provisions Under

The Eight and Fourteenth Amendments of the Constitution of the United States. Petitioner Averres that he is illegally detained and seek relief from such constraints.

_____
Petitioner

_____
Tyrone Pringle

Tyrone Pringle #483541




IM Tyrone Pringle
SBI# 463541  UNIT B-C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
United States District Court
844 N. King St. lockbox 18
Wilmington, DELAWARE 19801

LEGAL MAIL