IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE PRINGLE, ) <br> ) <br> Petitioner, ) <br> ) <br> v.  ) <br> ) <br> THOMAS CARROLL, ) <br> Warden, and M. JANE ) <br> BRADY, Attorney General ) <br> of the State of ) <br> Delaware, ) <br> ) <br> Respondents. ) | Civ. No. 05-660-KAJ |

## ORDER

At Wilmington this 7th day of November, 2005;

IT IS ORDERED that:

Petitioner Tyrone Pringle's Motion to Amend page 15 of his § 2254 Petition by adding "release from custody" as his requested habeas relief is GRANTED. (D.I. 11.) The State has not yet served its Response to Pringle's § 2254 Petition. See Fed. R. Civ. P. 15(a); *Riley v. Taylor*, 62 F.3d 86, 89-90 (3d Cir. 1995)(Federal Rule of Civil Procedure 15 applies to § 2254 petitions).

The Clerk shall serve this Order, along with Pringle's Motion to Amend, upon the State.

UNITED STATES DISTRICT JUDGE