## CERTIFICATION OF SERVICE

The undersigned certifies that on November 15, 2005, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned further certifies that on November 15, 2005 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Tyrone Pringle
SBI No. 00483541
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/_____
                              Gregory E. Smith, ID # 3869
                              Deputy Attorney General
                              820 North French Street, 7th Floor
                              Carvel State Building
                              Wilmington, Delaware 19801
                              (302) 577-8398