# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TYRONE PRINGLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-660-KAJ |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Superior Court records:

a. Docket, *State v. Tyrone Pringle*, ID No. 0205013378.

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware  19801

Dated: November 15, 2005          (302) 577-8398

Case 1:05-cv-00660-KAJ     Document 14     Filed 11/15/2005     Page 2 of 2