## CERTIFICATION OF SERVICE

The undersigned certifies that on November 15, 2005, he electronically filed the attached *State Court Records* with the Clerk of Court using CM/ECF.  The undersigned further certifies that on November 15, 2005 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Tyrone Pringle
SBI No. 00483541
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/_____
          Gregory E. Smith, ID # 3869
          Deputy Attorney General
          820 North French Street, 7th Floor
          Carvel State Building
          Wilmington, Delaware 19801
          (302) 577-8398