IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TYRONE PRINGLE
    PETITIONER,

V.

THOMAS CARROLL, WARDEN,
DELAWARE CORRECTIONAL CENTER,
AND M. JANE BRADY, ATTORNEY
GENERAL OF THE STATE OF
DELAWARE,

CIVIL ACTION NO. 05-660-KAJ

RE:
STAY OF STATE COURT
PROCEEDINGS UNDER
28 U.S.C.A. SEC. 2251

RECEIVED
DEC 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Petitioner moves this Honorable Court pursuant to and under the provisions set forth in 28 U.S.C.A. SEC. 2251, Federal Civil Judicial Procedure and Rules.

Petitioner seek relief from further state court criminal proceedings until Petitioners pending Federal Habeas Corpus claim is properly adjudicated.

Petitioner has sentencing date in Superior Court on December 9, 2005.

DATE:

DECEMBER 1, 2005

PETITIONER
Tyrome Pringle
TYRONE PRINGLE #483541

I/M Tyrone Pringle
SBI# 483541    UNIT B-Bldg-C-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of The Clerk
United States District court
844 N. King St., lock Box 18
Wilmington, Delaware
19801



PHILADELPHIA PA 191
PM 3 DEC 2005



19201+3513