OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2005

TO: Tyrone Pringle
SBI # 483541
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

RE: **Return of Document due to Lack of Proof of Service on all Local Counsel of Record** - CA 05-660 KAJ

Document Title: Stay of State Court Proceedings

Dear Mr. Pringle:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
CLERK

/jp

Enclosure

cc: The Honorable Kent A. Jordan; CA 05-660 KAJ

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00660-KAJ
### Internal Use Only

Pringle v. Carroll et al
Assigned to: Honorable Kent A. Jordan
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/08/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Tyrone Pringle**                    represented by **Tyrone Pringle**
                                      SBI # 483541
                                      Delaware Correctional Center
                                      1181 Paddock Rd.
                                      Smyrna, DE 19977
                                      PRO SE

V.

**Respondent**

**Warden Thomas Carroll**             represented by **Gregory E. Smith**
                                      Department of Justice
                                      820 N. French Street, 6th Floor
                                      Wilmington, DE 19801
                                      (302) 577-8400
                                      Email: greg.smith@state.de.us
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**    represented by **Gregory E. Smith**
                                      (See above for address)
                                      *LEAD ATTORNEY*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE PRINGLE<br>PETITIONER, | CIVIL ACTION NO. 05-660-KAJ |
| V. | |
| THOMAS CARROLL, WARDEN,<br>DELAWARE CORRECTIONAL CENTER,<br>AND M. JANE BRADY, ATTORNEY<br>GENERAL OF THE STATE OF<br>DELAWARE, | RE:<br>STAY OF STATE COURT<br>PROCEEDINGS UNDER<br>28 U.S.C.A. SEC. 2251 |

RECEIVED DEC 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PETITIONER MOVES THIS HONORABLE COURT PURSUANT TO AND UNDER THE PROVISIONS SET FORTH IN 28 U.S.C.A. SEC. 2251, FEDERAL CIVIL JUDICIAL PROCEDURE AND RULES.

PETITIONER SEEK RELIEF FROM FURTHER STATE COURT CRIMINAL PROCEEDINGS UNTIL PETITIONERS PENDING FEDERAL HABEAS CORPUS CLAIM IS PROPERLY ADJUDICATED.

PETITIONER HAS SENTENCING DATE IN SUPERIOR COURT ON DECEMBER 9, 2005.