IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE PRINGLE<br>PETITIONER, | CIVIL ACTION NO. 05-660-KAJ |
| V. | |
| THOMAS CARROll, WARDEN,<br>DELAWARE CORRECTIONAL CENTER,<br>AND M. JANE BRADY, ATTORNEY<br>GENERAL OF THE STATE OF<br>DELAWARE, | RE:<br>STAY OF STATE COURT<br>PROCEEDINGS UNDER<br>28 U.S.C.A. SEC. 2251 |



FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Petitioner moves this Honorable Court pursuant to and under the provisions set forth in 28 U.S.C.A. sec. 2251, Federal Civil Judicial Procedure and Rules.

Petitioner seek relief from further state court criminal proceedings, until petitioners pending federal habeas corpus claim is properly adjudicated.

Petitioner has sentencing date in Superior Court on December 9, 2005.

DATE: 12-07-05

PETITIONER
Tyrome Pringle
TYRONE PRINGLE  SBI# 483541
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DE. 19977

## CERTIFICATE OF SERVICE

I, __TYRONE PRINGLE__, hereby certify that I have served a true and correct cop(ies) of the attached: __STAY OF STATE COURT PROCEEDINGS UNDER 28 U.S.C.A. SEC. 2251__ upon the following parties/person(s):

TO: OFFICE OF THE CLERK, KAJ,
UNITED STATES DISTRICT COURT
844 N. KING ST, lockbox 18
WILMINGTON, DELAWARE 19801

TO: GREGORY E. SMITH,
FOR: ATTORNEY GENERAL (STATE DEL)
DEPARTMENT OF JUSTICE
820 N. FRENCH ST, 6TH FLOOR
WILMINGTON, DELAWARE 19801

TO: GREGORY E. SMITH,
FOR: WARDEN, THOMAS CARROLL
DEPARTMENT OF JUSTICE
820 N. FRENCH ST, 6TH FLOOR
WILMINGTON, DELAWARE 19801

TO: ____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this __7__ day of __DECEMBER__, 200__5__.

_Tyrone Pringle_



I/M Tyrone Pringle
SBI# 463541   UNIT B-Bldg A-20
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.60 DEC 14 2005

U.S.M.S. X-RAY

Office of The Clerk
United States District Court
844 N. King St, lockbox 18
Wilmington, Delaware
19801