February 13, 2006

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-
ATTN: Hon. Judge Kent A. Jordan

Please allow this letter to serve as a formal notice in reference to Civil Action No. 05-660-KAJ.

Could you please give me an update on the status of my Habeas Corpus Petition, which is pending in this Honorable Court.

I thank you in advance for your prompt response.

Respectfully Submitted

Petitioner
*Tyrone Pringle*
Tyrone Pringle   SBI# 483541



FILED
FEB 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bp scanned

I/M Tyrone Pringle
SBI# 483541 UNIT B-Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801