OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 22, 2006

TO:   Tyrone Pringle
      SBI # 483541
      Delaware Correctional Center
      1181 Paddock Rd.
      Smyrna, DE 19977

### RE:   *Status Letter; 05-660(KAJ)*

Dear Mr. Pringle:

This office received a letter from you requesting the status of case 05-660.   Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.   You will be advised by the Court as to further developments in your case.

Papers  received by this office for filing in the above matter do not conform to:  Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.   In order for your documents to be acceptable for filing, they *must be served by you, upon all local counsel of record*, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the  certificate of service,  should be sent to this office for processing.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:   The Honorable Kent A. Jordan

FEBRUARY 13, 2006

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, Lock Box 18
WILMINGTON, DELAWARE 19801-
ATTN: HON: Judge KENT A. JORDAN

PLEASE Allow THIS LETTER TO SERVE AS A
FORMAL NOTICE IN REFERNCE TO CIVIL ACTION
NO. 05-660-KAJ .

Could you PLEASE GIVE ME AN UPDATE ON
THE STATUS OF MY HABEAS CORPUS PETITION,
WHICH IS PENDING IN THIS HONORABLE COURT.

I THANK you IN Advance FoR your PROMPT
RESPONSE.

RESPECTFULLY SUBMITTED

PETITIONER
Tyrone Pringle
TYRONE PRINGLE  SBI# 483541



FILED

FEB 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned