MARCH 12, 2006

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-
Attn: Hon: Judge Kent A. Jordan

Petitioner Tyrone Pringle, Civil Action No. 05-660-KAJ received a letter from this Honorable Court dated February 22, 2006.

Petitioner followed court instructions and resubmitted his motion to stay of state court proceedings under 28 U.S.C.A. Sec. 2251, upon all parties involved, with certificate of service attached to the back, however, Petitioner later found out that his motion got lost through the Prison's Legal Mail System.

Petitioner was sentence in Superior Court for New Castle County February 10, 2006.

Petitioner ask this Honorable Court are there any further steps to be taken pertaining his Habeas Corpus petition that's pending before this Court, and if the court would still like a copy of Petitioner's motion to stay of state court proceedings...

RECEIVED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITIONER will submit a copy to the court at the court's earliest request.

Thank you for your time, and I look forward to hearing from you.

Sincerely,
Tyrone Pringle
TYRONE PRINGLE
SBI# 483541

I/M Tyrone Pringle
SBI# 483541   UNIT 23-B1-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801