OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 17, 2006

**TO: Tyrone Pringle**
SBI # 483541
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**RE: Letter to Clerk dated** 3/12/06

Dear Mr. Pringle:

The above referenced letter has been received by this office requesting information or instructions regarding your pending habeas petition, CA 05-660 KAJ. Be advised that this office is unable to render legal advice and therefore we are unable to advise you as to what you should or should not file with the Court. As petitioner, you will have to make that determination. A copy of the docket sheet is enclosed for your reference.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan, CA 05-600 KAJ

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00660-KAJ
#### Internal Use Only

Pringle v. Carroll et al
Assigned to: Honorable Kent A. Jordan
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/08/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Tyrone Pringle**                         represented by **Tyrone Pringle**
                                                          SBI # 483541
                                                          Delaware Correctional Center
                                                          1181 Paddock Rd.
                                                          Smyrna, DE 19977
                                                          PRO SE

V.

**Respondent**

**Warden Thomas Carroll**                  represented by **Gregory E. Smith**
                                                          Department of Justice
                                                          820 N. French Street, 6th Floor
                                                          Wilmington, DE 19801
                                                          (302) 577-8400
                                                          Email: greg.smith@state.de.us
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**   represented by **Gregory E. Smith**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2005 | 1 | PETITION for Writ of Habeas Corpus ( Filing fee $ 5, receipt number 140545.)- filed by Tyrone Pringle. (Attachments: # 1 Attachment to Petition)(mwm, ) Additional attachment(s) added on 9/9/2005 (mwm, ). (Entered: 09/09/2005) |
| 09/14/2005 |  | Case assigned to Judge Kent A. Jordan. Please include the initials of the |

| | | |
|---|---|---|
| | | Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 09/14/2005) |
| 09/20/2005 | 2 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 10/20/2005. Signed by Judge Kent A. Jordan on 9/20/05. (rwc, ) (Entered: 09/20/2005) |
| 09/27/2005 | 3 | AEDPA Election Form filed by petitioner and requesting Court to rule on 2254 as currently pending. (rwc, ) (Entered: 09/27/2005) |
| 10/03/2005 | 4 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 9/20/05, the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Kent A. Jordan on 10/3/05. (rwc, ) (Entered: 10/03/2005) |
| 10/03/2005 | | Remark : Exit service copies to Warden & DE AG by cert. mail. (rwc, ) (Entered: 10/03/2005) |
| 10/03/2005 | 5 | Postal Receipt(s) for the mailing of process to Thomas Carroll (rwc, ) (Entered: 10/04/2005) |
| 10/03/2005 | 6 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware (rwc, ) (Entered: 10/04/2005) |
| 10/05/2005 | 7 | Return of Service Executed Thomas Carroll served on 10/4/2005, answer due 11/18/2005. (rwc, ) (Entered: 10/05/2005) |
| 10/07/2005 | 8 | Return of Service Executed - Attorney General of the State of Delaware served on 10/4/2005, answer due 11/18/2005. (rwc, ) (Entered: 10/07/2005) |
| 10/25/2005 | 9 | Letter dated 10/23/05 to Clerk from Tyrone Pringle regarding request for status. (rwc, ) (Entered: 10/26/2005) |
| 10/26/2005 | 10 | Letter 10/26/05 to Tyrone Pringle from Clerk regarding response to DI# 9 - Letter. (rwc, ) (Entered: 10/26/2005) |
| 11/03/2005 | 11 | MOTION to Amend Petition - filed by Tyrone Pringle. (rwc, ) (Entered: 11/04/2005) |
| 11/07/2005 | 12 | ORDER - granting 11 Motion to Amend Petition. Signed by Judge Kent A. Jordan on 11/7/05. (rwc, ) (Entered: 11/07/2005) |
| 11/15/2005 | 13 | ANSWER to Complaint by Thomas Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Exhibit A# 2 Certificate of Compliance service)(Smith, Gregory) (Entered: 11/15/2005) |
| 11/15/2005 | 14 | NOTICE of Filing of Certified State Court Records by Thomas Carroll, Attorney General of the State of Delaware re 13 Answer to Complaint (Attachments: # 1 Certificate of Compliance service)(Smith, Gregory) (Entered: 11/15/2005) |
| | | |

| | | |
|---|---|---|
| 11/15/2005 | 15 | STATE COURT RECORD filed by Thomas Carroll, Attorney General of the State of Delaware. (Record on file in Clerk's Office) (rwc, ) (Entered: 11/15/2005) |
| 12/01/2005 | 16 | MEMORANDUM in Opposition to Respondents' Answer filed by Tyrone Pringle. (ntl, ) (Entered: 12/05/2005) |
| 12/06/2005 | 17 | MOTION to Stay State Court Proceedings - filed by Tyrone Pringle. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 18 | Letter dated 12/6/05 to Tyrone Pringle from Clerk regarding service of documents required upon opposing counsel - re 17 MOTION to Stay. (rwc, ) (Entered: 12/06/2005) |
| 12/16/2005 | 19 | MOTION for Stay of State Court Proceedings under 28 U.S.C.A. Sec. 2251 - filed by Tyrone Pringle. (rwc, ) (Entered: 12/20/2005) |
| 02/15/2006 | 20 | Letter dated 2/13/06 to Clerk from Tyrone Pringle regarding request for status. (rwc, ) (Entered: 02/15/2006) |
| 02/22/2006 | 21 | Letter dated 2/22/06 to Tyrone Pringle from Clerk regarding service of documents upon opposing counsel required, Re: response to - 20 Letter. (rwc, ) (Entered: 02/22/2006) |
| 02/27/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/27/2006) |

MARCH 12, 2006

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-
Attn: Hon: Judge Kent A. Jordan

Petitioner Tyrone Pringle, Civil Action No. 05-660-KAJ received a letter from this Honorable Court dated February 22, 2006.

Petitioner followed court instructions and resubmitted his motion to stay of state court proceedings under 28 U.S.C.A. Sec. 2251, upon all parties involved, with certificate of service attached to the back, however, Petitioner later found out that his motion got lost through the prison's legal mail system.

Petitioner was sentence in Superior Court for New Castle County February 10, 2006.

Petitioner ask this Honorable Court are there any further steps to be taken pertaining his Habeas Corpus Petition that's pending before this court, and if the court would still like a copy of Petitioner's Motion to Stay of S[tate Court] Proceedings...

RECEIVED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITIONER will SUBMIT A COPY TO THE COURT AT THE COURT'S EARLIEST REQUEST.

THANK you FOR your TIME, AND I Look forward TO HEARING FROM you.

SINCERELY
*Tyrone Pringle*
TYRONE PRINGLE
SBI# 483541

IM Tyrone Pringle
SBI# 483541   UNIT 23-B1-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801



IM Tyrone Pringle
SBI# 483544   UNIT 23-B1-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801

