IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE PRINGLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 05-660-KAJ |
| | ) |
| THOMAS L. CARROLL, Warden, et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED that:

1. Tyrone Pringle's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE. (D.I. 1)

2. Pringle's Motion to Stay his state court criminal proceedings is DENIED. (D.I. 17)

3. A certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE

May 15, 2006
Wilmington, Delaware